DANIEL G. BOGDEN
United States Attorney
District of Nevada

JENNIFER A. KENNEY, SBN CA 241625
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8945
Facsimile:  (415) 744-0134
E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANN BUDUZYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-01008-APG-PAL<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF**<br><br>**ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision and, if necessary, a hearing.  The Appeals Council will instruct the ALJ to reevaluate whether Plaintiff has the residual functional capacity to perform her past relevant work and, if not, whether jobs exist in significant numbers in the national economy for Plaintiff, given her age, education, vocational factors, and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 14th day of January 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
Attorney for Plaintiff

*/s/ Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: January 20, 2016

-3-

**CERTIFICATE OF SERVICE**

I, **JENNIFER A. KENNEY,** certify that the following individual was served with a copy of the **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

Leonard Stone
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101

Dated this 14th day of January 2016.

*/s/ Jennifer A. Kenney*
**JENNIFER A. KENNEY**
Special Assistant United States Attorney

-3-